■ STEVEN PLOTNICKI, Appellant, v BURT GOLDSTEIN et al., Respondents. [753 NYS2d 371] —Judgment, Supreme Court, New York County (Ira Gammerman, J.), entered June 4, 2002, which upon the prior grant of defendants' motion pursuant to CPLR 3211, dismissed the complaint, unanimously affirmed, with costs.

The action for rescission of the parties' stipulation of settlement was properly dismissed since the motion court correctly found that the alleged conduct by defendants upon which plaintiff's claim for rescission was premised was permitted under the settlement agreement. Concur—Tom, J.P., Mazzarelli, Sullivan, Williams and Gonzalez, JJ.

■ In the Matter of STEPHEN E. KARSCH (Admitted as STEPHEN ELIAS KARSCH) a Disbarred Attorney. [756 NYS2d ⁰422] —Petition for reinstatement granted only to the extent of referring this matter to the Disciplinary Committee to designate a hearing panel to conduct a hearing, as indicated. No opinion. Concur—Tom, J.P., Mazzarelli, Sullivan, Wallach and Williams, JJ.